**Order entered June 12, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-01562-CR

**PAUL ANGELO ESCOBAR, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 204th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. -12-62912-Q**

## ORDER

The Court **REINSTATES** the appeal.

On April 22, 2014, we ordered the trial court to make findings regarding why the clerk's and reporter's records had not been filed. On April 24, 2014, we received the reporter's record and on June 10, 2014, we received the clerk's record. Therefore, in the interest of expediting the appeal, we **VACATE** the April 22, 2014 order requiring findings.

Appellant's brief is due within thirty days of the date of this order.

/s/ DAVID EVANS
JUSTICE